**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICTOR V. RAMIREZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>GOVERNOR OF CALIFORNIA JERRY BROWN,<br><br>　　　　　Respondent. | Case No. EDCV 19-1119 CJC (SS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

\\

\\

\\

\\

**IT IS ORDERED** that the Third Amended Petition is denied and Judgment shall be entered dismissing this action without prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: January 8, 2020

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE