JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR V. RAMIREZ,<br><br>　　　　Petitioner,<br><br>　v.<br><br>GOVERNOR OF CALIFORNIA JERRY BROWN,<br><br>　　　　Respondent. | Case No. EDCV 19-1119 CJC (SS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: January 8, 2020

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE